FILED
JUL 10 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | |
| ) | CASE NO. 1:24 CR 00250 |
| v. ) | |
| ) | Title 18, United States Code, |
| MAURICE TAYLOR, ) | Sections 922(g)(1) and |
| ) | 924(a)(8) |
| Defendant. ) | |

## COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about March 27, 2024, in the Northern District of Ohio, Eastern Division, Defendant MAURICE TAYLOR, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on or about December 14, 1983, in Case Number CR-83-181962, in Cuyahoga County Common Pleas Court, and Felonious Assault and Aggravated Assault, on or about March 20, 2007, in Case Number CR-06-482975, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce ammunition and a firearm, to wit: a Springfield, model Saint Victor, 5.56 caliber rifle, bearing serial number 267177, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant MAURICE TAYLOR shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.